UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| TENNESSEE RIVERKEEPER, INC.,<br>Plaintiff,<br><br>v.<br><br>TOWN OF ALEXANDRIA, TENNESSEE,<br>Defendant. | Case No. 2:26-cv-00032<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Luke A. Evans |

**ORDER**

Plaintiff has filed an unopposed motion to amend the complaint. (Doc. No. 21.) The Court GRANTS the motion. Plaintiff will file the amended complaint as a separate docket entry.

The Court also DENIES[1] defendant's motion to dismiss (Doc. No. 14) but without prejudice to filing an updated version of the motion once the amended complaint is filed.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge

[1] The Court has concluded that a non-dispositive resolution to the motion is appropriate, given the denial without prejudice. Under the circumstances here, because the "penalty to be imposed, rather than the penalty sought by the movant" controls magistrate judge authority, *Gomez v. Martin Marietta Corp.*, 50 F.3d 1511, 1519 (10th Cir. 1995), the Court is proceeding by order rather than by report and recommendation. *Cf. Fowler v. Tenth Planet, Inc.*, 673 F. Supp. 3d 763, 768 (D. Md. 2023) (standard of review for Rule 37 dismissal sanction "is governed by the result the Magistrate Judge determines") (citations omitted); *Edwards v. DeBord*, No. 7:18-CV-00423, 2021 WL 5827324, at *3 (W.D. Va. Dec. 8, 2021) (same) (citations omitted).