UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| TENNESSEE RIVERKEEPER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF ALEXANDRIA, TENNESSEE,<br><br>Defendant. | Case No. 2:26-cv-00032<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Luke A. Evans |

**ORDER**

Since Plaintiff Tennessee Riverkeeper, Inc. provided the proposed amended complaint (Doc. No. 21-1) with the motion to amend the complaint, the Clerk's Office is DIRECTED to docket the exhibit as a separate docket entry.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge