ORDER:
The motion is GRANTED.

Luke A. Evans
U.S. Magistrate Judge

**UNITED STATES DISTRICT CO**
**MIDDLE DISTRICT OF TENNE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TENNESSEE RIVERKEEPER, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2:26-cv-00032** |
| | ) | |
| **vs.** | ) | |
| | ) | **Judge Waverly D. Crenshaw, Jr.** |
| **TOWN OF ALEXANDRIA, TENNESSEE,** | ) | **Magistrate Luke A. Evans** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

# <u>PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT</u>

Plaintiff, Tennessee Riverkeeper, Inc., hereby moves for leave to file a Second Amended Complaint, and says as follows:

1. Plaintiff filed an Amended Complaint on September 16, 2026. Document 24, PageID#: 169.

2. The Amended Complaint contains scrivener's errors which Plaintiff proposes to correct with a Second Amended Complaint, a true copy of which is attached to this motion.

3. The proposed changes are as follows:

    a. Remove from Paragraph 3 the language, "the imposition of civil penalties."

b. Change the third sentence of Paragraph 8 from "The administrative action was commenced after the January Notice, and this Complaint is being filed within 120 days of the January Notice" to read "The administrative action was commenced after the January Notice, and this lawsuit is filed within 120 days of the January Notice."

c. Change Paragraph 10 to read, "Riverkeeper has mailed a file stamped copy of the original Complaint in this case to the Administrator of the EPA, the Regional Administrator of the EPA Region 4, the Region in which the violations are alleged to have occurred, and the Attorney General of the United States, as required by 33 U.S.C. §1365(c)(3) and 40 CFR §135.4."

d. Remove from Paragraph 56 the language, "civil penalties."

e. Correct Paragraph 61 to read, "The Plaintiff hereby repeats, re-alleges, adopts, and incorporates by reference paragraphs 1 through 60 herein as if fully set out in this count."

f. Eliminate Paragraph 65 in its entirety. This will cause the renumbering of all subsequent paragraphs.

g. Correct the current Paragraph 68 (which will be Paragraph 67) to read, "The Plaintiff hereby repeats, re-alleges, adopts, and

incorporates by reference paragraphs 1 through 66 herein as if fully set out in this count."

4. Exhibits A thru H are not re-filed with this motion since they are already in the Court's record. Plaintiff will re-file these exhibits without change with the Second Amended Complaint.

5. The Defendant's attorney has been consulted and does not oppose this motion.

WHEREFORE, Plaintiff requests leave to file the attached Second Amended Complaint.

Dated: October 20, 2026.

/s/ Mark E. Martin
Mark E. Martin
Attorney for Plaintiff, Tennessee
Riverkeeper, Inc.
P.O. Box 1486
Oneonta, AL 35121
Telephone: (205) 516-9350
mmartin@markemartin.com

**CERTIFICATE OF SERVICE**

I certify that on October 20, 2026, a true and correct copy of the foregoing document was furnished to the following via the Court's CM/ECF electronic filing system:

Matthew A Jared, BPR #021212
JARED AND JARED
*Attorney for Defendant Town of Alexandria, Tennessee*
11 North Washington Avenue
Cookeville, TN 38501
Phone: (931) 526-9788
Email: mjared@jaredandjared.com

Matthew "JP" Horton II
Klein Solomon Mills, PLLC
1322 4th Avenue North
Nashville, TN 37208
Telephone: 615-549-7254
Email: jp.horton@kleinpllc.com

*/s/* Mark E. Martin
Mark E. Martin