**Ex. 1 Pursuant to LCR 7.03(b)(5)**

Cambridge Texts in the History of Political Thought

# Montesquieu
# The Spirit of the Laws

Edited by Anne M. Cohler, Basia C. Miller and Harold S. Stone

Case 2:26-cv-00032 Document 32-1 Filed 11/05/26 Page 2 of 5 PageID #: 337

**CAMBRIDGE**
**UNIVERSITY PRESS**

University Printing House, Cambridge CB2 8BS, United Kingdom
One Liberty Plaza, 20th Floor, New York, NY 10006, USA
477 Williamstown Road, Port Melbourne, VIC 3207, Australia
4843/24, 2nd Floor, Ansari Road, Daryaganj, Delhi - 110002, India
79 Anson Road, #06-04/06, Singapore 079906

Cambridge University Press is part of the University of Cambridge.

It furthers the University's mission by disseminating knowledge in the pursuit of education, learning and research at the highest international levels of excellence.

www.cambridge.org
Information on this title: www.cambridge.org/9780521369749

© Cambridge University Press 1989

This publication is in copyright. Subject to statutory exception and to the provisions of relevant collective licensing agreements, no reproduction of any part may take place without the written permission of Cambridge University Press.

First published 1989
20th printing 2015

*A catalogue record for this publication is available from the British Library*

*Library of Congress Cataloging in Publication data*
Montesquieu, Charles de Secondat, baron de, 1689–1755.
[De l'esprit des lois. English]
The spirit of the laws / Montesquieu: translated by
Anne M. Cohler, Basia C. Miller, Harold Stone.
p. cm. –
(Cambridge texts in the history of political thought)
Translation of: De l'esprit des lois.
Bibliography.
ISBN 0–521–36183–4. ISBN 0–521–36974–6 (pbk.)
1. Political science. 2. State, The. 3. Law – Philosophy.
4. Jurisprudence. I. Cohler, Anne M. II. Miller, Basia C.
III. Stone, Harold, 1949– . IV. Title. V. Series.
JC179.M74 1989
320 – dc19 88–30006 CIP

ISBN 978-0-521-36183-5 Hardback
ISBN 978-0-521-36974-9 Paperback

Cambridge University Press has no responsibility for the persistence or accuracy of URLs for external or third-party internet websites referred to in this publication, and does not guarantee that any content on such websites is, or will remain, accurate or appropriate. Information regarding prices, travel timetables, and other factual information given in this work is correct at the time of first printing but Cambridge University Press does not guarantee the accuracy of such information thereafter.

constrained to do the things the law does not oblige him to do or be kept from doing the things the law permits him to do.

CHAPTER 5

## On the purpose of various states

Although all states have the same purpose in general, which is to maintain themselves, yet each state has a purpose that is peculiar to it. Expansion was the purpose of Rome; war, that of Lacedaemonia; religion, that of the Jewish laws; commerce, that of Marseilles; public tranquillity, that of the laws of China;[4] navigation, that of the laws of the Rhodians; natural liberty was the purpose of the police of the savages; in general, the delights of the prince are the purpose of the despotic states; his glory and that of his state, that of monarchies; the independence of each individual is the purpose of the laws of Poland, and what results from this is the oppression of all.[5]

There is also one nation in the world whose constitution has political liberty for its direct purpose. We are going to examine the principles on which this nation founds political liberty. If these principles are good, liberty will appear there as in a mirror.

Not much trouble need be taken to discover political liberty in the constitution. If it can be seen where it is, if it has been found, why seek it?

[4] The natural purpose of a state having no enemies on the outside or believing them checked by barriers.
[5] Drawback of the *liberum veto*.

CHAPTER 6

## On the constitution of England

In each state there are three sorts of powers: legislative power, executive power over the things depending on the right of nations, and executive power over the things depending on civil right.

By the first, the prince or the magistrate makes laws for a time or for always and corrects or abrogates those that have been made. By the



Case 2:26-cv-00032 Document 32-1 Filed 11/05/26 Page 4 of 5 PageID #: 339

second, he makes peace or war, sends or receives embassies, establishes security, and prevents invasions. By the third, he punishes crimes or judges disputes between individuals. The last will be called the power of judging, and the former simply the executive power of the state.

Political liberty in a citizen is that tranquillity of spirit which comes from the opinion each one has of his security, and in order for him to have this liberty the government must be such that one citizen cannot fear another citizen.

When legislative power is united with executive power in a single person or in a single body of the magistracy, there is no liberty, because one can fear that the same monarch or senate that makes tyrannical laws will execute them tyrannically.

Nor is there liberty if the power of judging is not separate from legislative power and from executive power. If it were joined to legislative power, the power over the life and liberty of the citizens would be arbitrary, for the judge would be the legislator. If it were joined to executive power, the judge could have the force of an oppressor.

All would be lost if the same man or the same body of principal men, either of nobles, or of the people, exercised these three powers: that of making the laws, that of executing public resolutions, and that of judging the crimes or the disputes of individuals.

In most kingdoms in Europe, the government is moderate because the prince, who has the first two powers, leaves the exercise of the third to his subjects. Among the Turks, where the three powers are united in the person of the sultan, an atrocious despotism reigns.

In the Italian republics, where the three powers are united, there is less liberty than in our monarchies. Thus, in order to maintain itself, the government needs means as violent as in the government of the Turks; witness the state inquisitors[6] and the lion's maw into which an informer can, at any moment, throw his note of accusation.

Observe the possible situation of a citizen in these republics. The body of the magistracy, as executor of the laws, retains all the power it has given itself as legislator. It can plunder the state by using its general wills; and, as it also has the power of judging, it can destroy each citizen by using its particular wills.

6 In Venice.

Case 2:26-cv-00032 Document 32-1 Filed 11/05/26 Page 5 of 5 PageID #: 340