**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TENNESSEE RIVERKEEPER, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:26-cv-00032** |
| **vs.** | ) | |
| | ) | **Judge Waverly D. Crenshaw, Jr.** |
| **TOWN of ALEXANDRIA, TENNESSEE,** | ) | **Magistrate Luke A. Evans** |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY BRIEFS REGARDING DEFENDANT'S MOTION TO DISMISS

Plaintiff, Tennessee Riverkeeper, Inc., hereby moves for a 32-day extension of time to respond to the Defendant's Motion to Dismiss to December 21, 2026. Defendant Town of Alexandria also move for a 2-week extension of time to file a reply brief in support of its Motion to Dismiss up to and including January 11, 2027. In support, the parties say as follows:

1. The Motion to Dismiss was filed by the Defendant on November 5, 2026, and raises complicated and unique constitutional issues which could potentially affect the Citizen Suit Provisions of the Clean Water Act and other environmental acts, such as the Clean Air Act and RCRA on a national basis.

2. Plaintiff's response is currently due on November 19, 2026. Plaintiff requests an extension to Monday, December 21, 2026.

3. In the interest of justice and fundamental fairness, Plaintiff requests an extension in order to properly prepare its response.

4. The Defendant has been consulted and does not oppose this motion.

5. During consultations on Plaintiff's request, Defendant requested that Plaintiff also consent to Defendant's request for a 2-week extension of time to file its reply in support of Motion to Dismiss.

6. In addition to the complex statutory and constitutional questions of first impression, the reasons for the requested extension are that, if Plaintiff is give until December 21 to file its response, this will push Defendant's reply into the late-December/early January holiday season, when Defendant's counsels' offices will have closures and counsel have prearranged family commitments.

7. In light of this, Defendant requests an extension up to and including January 11 to file its reply.

8. Plaintiff does not oppose this request.

Dated: November 11, 2026

/s/ Mark E. Martin
Mark E. Martin
Attorney for Plaintiff, Tennessee
Riverkeeper, Inc.

P.O. Box 1486
Oneonta, AL 35121
Telephone: (205) 516-9350
mmartin@markemartin.com

*/s/ Sean J. Radomski*
Sean J. Radomski* (Pa. Bar No. 319732)
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
sradomski@pacificlegal.org

Damien M. Schiff*
(Cal. Bar No. 235101)
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
dschiff@pacificlegal.org

*/s/ Matthew A. Jared*
Matthew A. Jared (No. 021212)
11 North Washington Avenue
Cookeville, TN 39501
Telephone: (931) 526-9788
Facsimile: (931) 528-8163
mjared@jaredandjared.com

**Pro hac vice*

*Attorneys for Defendant Town of Alexandria*

## CERTIFICATE OF SERVICE

I certify that on November 11, 2026, a true and correct copy of the foregoing document was furnished to the following via the Court's CM/ECF electronic filing system:

Matthew A Jared, BPR #021212
JARED AND JARED
*Attorney for Defendant Town of Alexandria, Tennessee*
11 North Washington Avenue
Cookeville, TN 38501

Phone: (931) 526-9788
Email: mjared@jaredandjared.com

Matthew "JP" Horton II
Klein Solomon Mills, PLLC
1322 4th Avenue North
Nashville, TN 37208
Telephone: 615-549-7254
Email: jp.horton@kleinpllc.com

Damien M. Schiff
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Phone: (916) 419-7111
Email: dschiff@pacificlegal.org

Sean J. Radomski
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Phone: (202) 888-6881
Email: sradomski@pacificlegal.org

/s/ Mark E. Martin
Mark E. Martin