Motion (33) is **GRANTED**.

Waverly D. Crenshaw, Jr.
US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TENNESSEE RIVERKEEPER, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:26-cv-00032** |
| **vs.** | ) | |
| | ) | **Judge Waverly D. Crenshaw, Jr.** |
| **TOWN of ALEXANDRIA, TENNESSEE,** | ) | **Magistrate Luke A. Evans** |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY BRIEFS REGARDING DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Tennessee Riverkeeper, Inc., hereby moves for a 32-day extension of time to respond to the Defendant's Motion to Dismiss to December 21, 2026. Defendant Town of Alexandria also move for a 2-week extension of time to file a reply brief in support of its Motion to Dismiss up to and including January 11, 2027. In support, the parties say as follows:

1. The Motion to Dismiss was filed by the Defendant on November 5, 2026, and raises complicated and unique constitutional issues which could potentially affect the Citizen Suit Provisions of the Clean Water Act and other environmental acts, such as the Clean Air Act and RCRA on a national basis.

2. Plaintiff's response is currently due on November 19, 2026. Plaintiff requests an extension to Monday, December 21, 2026.
3. In the interest of justice and fundamental fairness, Plaintiff requests an extension in order to properly prepare its response.
4. The Defendant has been consulted and does not oppose this motion.
5. During consultations on Plaintiff's request, Defendant requested that Plaintiff also consent to Defendant's request for a 2-week extension of time to file its reply in support of Motion to Dismiss.
6. In addition to the complex statutory and constitutional questions of first impression, the reasons for the requested extension are that, if Plaintiff is give until December 21 to file its response, this will push Defendant's reply into the late-December/early January holiday season, when Defendant's counsels' offices will have closures and counsel have prearranged family commitments.
7. In light of this, Defendant requests an extension up to and including January 11 to file its reply.
8. Plaintiff does not oppose this request.

Dated: November 11, 2026

/s/ Mark E. Martin
Mark E. Martin
Attorney for Plaintiff, Tennessee
Riverkeeper, Inc.